# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Jesse A. Fielden** | **JUDGMENT IN A CIVIL CASE** |
| vs.    Plaintiff | Case No. 2:03cv995 |
| | **JudgeGraham** |
| | **Magistrate Judge Abel** |
| **CSX Transportation Inc.** | |
| **Defendant** | |

[X]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the jury verdict rendered on 5/22/09 judgment is entered in favor of the plaintiff in the amount of $ 286,441.22. The costs of this action are assessed against the defendant. This action is dismissed.

Date: May 22, 2009                                                **James Bonini, Clerk**

By: _s/Rashan Spraggins_____
Rashan Spraggins , Deputy Clerk